# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:22-cr-204-RBD-DCI

ORLANDO ROSA RODRIGUEZ

_____

## ORDER

Before the Court is U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 320 ("R&R")) submitting that the Court should find Defendant Orlando Rosa Rodriguez mentally competent to proceed to trial. The parties did not object and the time for doing so has passed. The R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 320) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Court **FINDS** Defendant Orlando Rosa Rodriguez competent to proceed to trial.

3. This case is set for a status conference on **Thursday, February 13, 2025, at 10:00 a.m.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 24, 2025.

2


ROY B. DALTON, JR.
United States District Judge