**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.                                                     Case No. 6:22-cr-204-RBD-DCI

ORLANDO ROSA RODRIGUEZ

_____

**ORDER**

Before the Court is U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 389 ("R&R")), submitting that the Court should GRANT the Government's motion to authorize payment from the defendant's inmate trust account. (Doc. 378.) The parties did not object to the R&R, and the time for doing so has passed. The R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 389) is **ADOPTED, CONFIRMED,** and made a part of this Order in its entirety.

2. The Motion to authorize payment from the defendant's inmate trust account (Doc. 378) is **GRANTED**.

3. The U.S. Bureau of Prisons is **AUTHORIZED** to turn over to the Clerk of Court $2,000 currently held in the trust account for inmate:

   Orlando Rosa Rodriguez
   Register No. 40628-510
   FMC Fort Worth

       P.O. Box 15330
       Fort Worth, TX 76119

4. The Clerk of Court is **DIRECTED** to apply the funds as payment toward Defendant Orlando Rosa Rodriguez's criminal monetary penalties in this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 4, 2025.



ROY B. DALTON, JR.
United States District Judge

Copies furnished to:
Counsel for Defendant
Finance Department